# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANTONIO SIERRA,

               Petitioner

               v.

PENNSYLVANIA DEPARTMENT OF
CORRECTIONS AND GLOBAL TEL*LINK
CORPORATION, ET AL.,

               Respondents

: No. 2 WM 2019

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2019, the Application for Leave to File Reply and the Application for Extraordinary Jurisdiction are DENIED.